# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**EDDIE HIPP,**
**JANET SAULS AND JAMES SAULS**                                              **PLAINTIFF**

**VS.**                                              **CAUSE NO.: 2:09CV012-SA-DAS**

**BL DEVELOPMENT CORPORATION**                                              **DEFENDANT**

## ORDER

**THIS MATTER** is before the court on the motion of the plaintiffs for an extension of the deadline to designate expert witnesses, or in the alternative, for continuance (#17). Upon review of said motion, the record in this cause, and in light of a continuance granted until May 17, 2010, the court finds this motion well taken.

**IT IS, THEREFORE, ORDERED** that expert designation deadlines, discovery deadline and motions deadline each be extended an additional thirty (30) days. Specifically, the court grants an extension until November 2, 2009 for the plaintiff to designate his experts; an extension until December 2, 2009 for the defendant to designate its experts; an extension until January 4, 2010 for completion of discovery; and an extension until January 19, 2010 for the filing of motions other than motions in limine.

**THIS,** the 1st day of October, 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE